IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES E. SMITH,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          CIVIL ACTION NO. 2:03-CV-659-T
                                     )
BOB RILEY, et al.,                   )
                                     )
          Defendants.                )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The complaint in this 42 U.S.C. § 1983 action was filed by Charles E. Smith ["Smith"], a state inmate, on June 23, 2003. In this complaint, the plaintiff asserts that correctional officials violated his constitutional rights when they failed to provide him with a secular alternative to the Twelve Step Program of Alcoholics/Narcotics Anonymous.

The court recently ascertained that Smith no longer resided at the last address he had provided for service. The order of procedure entered in this case specifically directs the plaintiff to immediately inform the court of any new address. *See Order of June 27, 2003 - Court Document No. 4* at 4. Since Smith failed to comply with this directive, an order was entered requiring that on or before August 1, 2005 the plaintiff inform this court of his present address. *See Order of July 20, 2005 - Court Document No. 61*. Additionally, Smith was cautioned that his failure to comply with the aforementioned order would result in a recommendation that this case be dismissed. *Id*. Smith has filed nothing in response to the

order entered on July 20, 2005.  The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.  It is further

ORDERED that on or before August 15, 2005the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

2

*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit

handed down prior to the close of business on September 30, 1981.

Done this   2nd day of August, 2005.


/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE